CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 1 8 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:07CV00282 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VIRGINIA DEPARTMENT OF TRANSPORTATION, | ) ) | By: Hon. Glen E. Conrad United States District Judge |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED

that the defendant's motion for summary judgment shall be and hereby is GRANTED. This action shall be and hereby is STRICKEN from the active docket of the court.

The Clerk is hereby directed to send copies of this Order to the plaintiff and all counsel of record.

ENTER: This 18th day of February, 2009.

_____
United States District Judge